Yue Wang
*Plaintiff, pro se*
455 N Raymond Ave APT 210,
Pasadena, CA 91103
626-492-4950
celinawang617@gmail.com

FILED

2022 MAY 18  PM 3:36



CENTRAL DIST. OF CALIF
LOS ANGELES

BY  EEE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| **YUE WANG**<br><br>      Plaintiff,<br><br>v.<br><br>**MONTEREY PARK POLICE DEPARTMENT** and **PETER PALOMINO, CONNOR CRABTREE, CANG SOU,** in their official and individual capacities,<br><br>      Defendants. | Case No.: 2:22-CV-03372 FLA (DFM)<br><br>**CIVIL RIGHTS COMPLAINT:**<br>42 U.S.C. § 1983: FOURTH, FIFTH, AND FOURTEENTH AMENDMENTS;<br><br>**CALIFORNIA CONSTITUTION:**<br>ARTICLE I, §§ 7 and 13;<br>CALIFORNIA CIVIL CODE §52.1;<br>COMMON LAW TORT CLAIMS |

PLAINTIFF, YUE WANG, appearing *pro se*, bring this COMPLAINT against

Defendants MONTEREY PARK POLICE DEPARTMENT and PETER PALOMINO, CONNOR

CRABTREE, CANG SOU and alleges as follows:

## JURISDICTION AND VENUE

1.

This is an action for injunctive relief and damages pursuant to 42 U.S.C. § 1983 based

upon the continuing violations of Plaintiff's rights under the Fourth, Fifth and Fourteenth

Amendments to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331

and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law. Jurisdiction also

**COMPLAINT**, page 1 of 17

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Yue Wang |
| Address | 455 N Raymond Ave APT 210, |

| | | |
|---|---|---|
| Pasadena | CA | 91103 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Los Angeles County |
| Telephone Number | 626-492-4950 |
| E-Mail Address | celinawang617@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Monterey Park Police Department |
| Job or Title *(if known)* | N/A |
| Address | 320 W Newmark Ave |

| | | |
|---|---|---|
| Montery Park | CA | 91754 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Los Angeles County |
| Telephone Number | 626-307-1281 |
| E-Mail Address *(if known)* | Unknown |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Peter Palomino |
| Job or Title *(if known)* | Lieutenant of Monterey Park Police Department |
| Address | 320 W Newmark Ave |

| | | |
|---|---|---|
| Monterey Park | CA | 91754 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Los Angeles County |
| Telephone Number | 626-307-1252 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Connor Crabtree |
| Job or Title *(if known)* | Officer of Monterey Park Police Department |
| Address | 320 W Newmark Ave |

| Monterey Park | CA | 91754 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Los Angeles County |
| Telephone Number | 626-307-1252 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Cang Sou |
| Job or Title *(if known)* | Officer of Monterey Park Police Department |
| Address | 320 W Newmark Ave |

| Monterey Park | CA | 91754 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Los Angeles County |
| Telephone Number | 626-307-1252 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

From 10:42 am, 01/19/22, to 00:17 am, 01/22/22, the Plaintiff was detained by Defendants for a full 62 hours,14 hours more than the reasonable 48 hours detention,false imprisonment is the unlawful violation of the personal liberty of another, the Defendants'action was in violation of the law.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

N/A

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

01/12/22 and 01/19/22, Defendants' actions as described constitute an unreasonable and unlawful deprive of Plaintiff's liberty, in violation of the 4th and 5th Amendment of the U.S. Constitution. Moreover, without probable cause, without explaining the reasons for the arrest, without having any Chinese translator, without informing Plaintiff that she had the right to hire a lawyer, Defendants suddenly arrested the Plaintiff.

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Pacifica Hospital by the Valley, address is 9449 San Fernando Rd,Sun Valley,CA 91352

Monterey Park Police Department, address is 320 W Newmark Ave,Monterey Park,CA 91754

Century Regional Detention Facility, address is 1705 S Alameda St,Los Angeles,CA 90059

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Date and time: 10:00 pm 01/12/22 to 00:17 am 01/22/22.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see the complaint letter and statement in attachment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

From what has been discussed in complaint, as a direct result of Defendants' actions, Plaintiff become not to trust the law enforcements since then, she is afraid to see law enforcements, and needs long term psychological counseling.

### V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1) From 01/12/22 to 01/18/22, as a victim of domestic violence, Plaintiff called the police when her life was threatened in emergency, the Defendants not only did not protect Plaintiff, but arrested her without probable causes and any oral informing.Defendants' actions as described in complaint constitute an unreasonable and unlawful deprive of Plaintiff's liberty, in violation of the 4th and 5th Amendment of the U.S. Constitution,Plaintiff request the economic damages of lost work in the amount of $6,000 from 01/13/22 to 01/18/22, for six days.

2) On 01/19/22, Defendants' actions as described in complaint constitute an unlawful detention Plaintiff for the same offence to be twice, in violation of the 5th Amendment of the U.S. Constitution, Plaintiff request the economic damages of lost work in the amount of $2,000 from 01/19/22 to 01/21/22, for two days.

3) On 01/19/2022, Plaintiff's personal belongings were unreasonably seized and held by the Defendant-Cang Sou during the second arrest, Plaintiff request sustained economic damages in the amount of $100 as described above.

4)From 10:42 am, 01/19/22, to 00:17 am, 01/22/22, the Plaintiff was detained for a full 62 hours, 14 hours more than the reasonable 48 hours detention,Plaintiff request the non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $50,000.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/18/2022 .

Signature of Plaintiff

Printed Name of Plaintiff        YUE WANG

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Address | N/A |
| | N/A |

| City | State | Zip Code |
|---|---|---|

Telephone Number

E-mail Address        N/A

exists under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202. Supplemental jurisdiction over Plaintiff's state law claims is pursuant to 28 U.S.C. §1367.

2.

Venue is proper in the Central District of California in that the events and conduct complained of herein all occurred in the Central District of California.

## PARTIS

### PLAINTIFF

**Yue Wang**

3.

Plaintiff YUE WANG has immigrated to United States for 5 years. From 2008 to November of 2016, YUE WANG has been engaged in consulting work in China for studying abroad, immigration, visa, etc, she is an excellent immigration consultant. In December of 2016, YUE WANG immigrated to California, she lived in Arcadia city of Los Angeles County for 2 years, then moved to Monterey Park city and lived in it for 1 year. During these 5 years, MS.WANG not only worked hard, but she also obtained the California Real Estate License and Life-Health Insurance License.

4.

On 01/12/22, as a victim of Domestic Violence and as an Asian woman, YUE WANG was hoping to be protected, so she called the police for help, however, the policemen from Monterey Park Police Department arrested her without a warrant, and even without investigating the authenticity of the video provided by the other party (referring to YUE WANG's boyfriend Zijie Li). Moreover, policemen of MPPD arbitrarily thought that Plaintiff was a mental patient and she

**COMPLAINT**, page 2 of 17

wanted to self-harm, and sent her to Pacifica Hospital of the Valley for compulsory treatment.

5.

From 01/13/22 to 01/18/22, YUE WANG lived in Pacifica Hospital of the Valley with nightmares for 6 days. The police sent Plaintiff to a mental health hospital without any probable evidences or warnings, it's worth mentioning that Plaintiff had no mental illness at all before this incident, she only had diabetes. From 01/13 to 01/15, Plaintiff was inexplicably detained in this mental hospital for 72 hours holding. On 01/19, Plaintiff was released after appealing.

6.

On 10:30 am, 01/19/22, when YUE WANG was released, she found that there were three police officers from Monterey Park Police Department standing outside the elevator gate of hospital building. Again, without warning, without a warrant, without informing the right to hire a lawyer, the Defendants suddenly arrested Plaintiff. Among them, Chia Luo, who was a translator, told Plaintiff that she would be arrested for Domestic Violence, and charged her a $50,000 bailout. In the afternoon, under the circumstance that Plaintiff kept refusing to be transferred to another jail, Policemen Connor Crabtree and Cang Sou arbitrarily transferred YUE WANG to Century Regional Detention Facility.

7.

From January 01/19/22 to 01/22/22, for another 62 hours, YUE WANG once again experienced a nightmarish prison life: there were no Chinese-speaking staff or doctors who clearly told her what the rights were, and there were no free phone calls in jail. Moreover, Plaintiff's family was completely unaware of her situation. Plaintiff felt very scared and hopeless. On 01/21/22, 11:00 am, after being held for 48 hours, Plaintiff found herself had not

been transferred to the courthouse for the arraignment, and no one wake her up. At 11:00 pm, suddenly, the jail opened the Plaintiff's door, and the reason was that her charge had been rejected by DA in the morning. That means Plaintiff had been held for 48 hours, plus 14 hours, for a total of 62 hours in jail.

## DEFENDANTS

8.

Defendant Monterey Park Police Department ("MPPD") is law enforcement with the capacity to sue and be sued. Employees of the MPPD have engaged in the acts complained of herein pursuant to the policies, practices and customs of the MPPD.

9.

Defendants Peter Palomino, Connor Crabtree, Cang Sou are all police officers in the Monterey Park Police Department and presently assigned to East Los Angeles County. They are the individual employees of Defendant MPPD who were on site and directed the unlawful seizure and destruction of Plaintiffs' property and directed the false arrest and false imprisonment of the Plaintiff on a felony crime of domestic violence.

10.

Each of the Defendants, their employees and agents, participated personally in the unlawful conduct challenged herein and, to the extent that they did not personally participate, authorized, acquiesced, set in motion, or otherwise failed to take necessary steps to prevent the acts that resulted in the unlawful conduct and the harm suffered by Plaintiff. Each acted in concert with each other. The challenged acts caused the violation of Plaintiff's rights.

## ALLEGATIONS OF FACT

COMPLAINT, page 4 of 17

11

On 01/12/22, at night, Plaintiff had an argument with her boyfriend Zijie Li about money. Zijie Li used his wrist to restrain Plaintiff's neck deadly, making her feel about to die, Plaintiff couldn't breathe. At that time, Plaintiff had no chance to do self-defense because she had been strangled by Zijie Li so tightly that she could not fight back. After both of them calmed down, Plaintiff got dressed and ran outside the house and called 911. When police came, they took pictures of Plaintiff and then obtained her handwritten testimony in Chinese. Ten minutes later, without warning, the Defendants did not give any reasons for the arrest, did not have any Chinese translation, did not inform Plaintiff that she had the right to hire a lawyer, and they suddenly arrested her.

12.

On 01/13/22, 4:00-5:00 am, without telling Plaintiff the reasons, Defendants sent Plaintiff to an unknown hospital, probably in Los Angeles city. That afternoon, the Los Angeles city's unknown hospital transferred Plaintiff to Pacifica Hospital of the Valley, the address is: 9449 San Fernando Rd, Sun Valley, CA 91352. From 01/13 to 01/18, Plaintiff lived in this general acute care hospital with nightmares for 6 days. The Defendants sent Plaintiff to a mental health hospital without any probable evidences or warnings, it's worth mentioning that Plaintiff had no mental illness at all before this incident, she only had diabetes. From 01/13/22 to 01/15/22, Plaintiff was inexplicably detained in this mental hospital for 72 hours holding. On 01/16/22, Plaintiff suddenly received a notice which showed that she had to be detained for an additional 14 days. That means from 01/16 to 01/29, after being detained for 72 hours, Plaintiff would be detained in that facility as a mental patient for an additional 14 days. On 01/19, Plaintiff was

released after appealing.

13.

On 01/19/22, 10:30 am, when Plaintiff was released, strangely she found that there were three police officers from Monterey Park Police Department standing outside the elevator gate of hospital building. Again, without warning, without a warrant, without informing the right to hire a lawyer, the Defendants suddenly arrested Plaintiff. The arrested location was in Pacifica Hospital of the Valley, three policemen were Connor Crabtree, Cang Sou, and Chia Luo. Among them, Chia Luo, as a translator, told Plaintiff, "You are arrested for Domestic Violence!" Plaintiff queried: "Why? It's my boyfriend who attacked me!" but Chia kept silent. Then the Defendants rudely took Plaintiff into the car and drove directly back to Monterey Park Police Department. In the police car, Plaintiff kept asking how much bail what did she need, the Defendants charged a $50,000 bailout. In the afternoon, under the circumstance that Plaintiff kept refusing to be transferred to another jail, Defendants Connor Crabtree and Cang Sou arbitrarily transferred her to Century Regional Detention Facility, the address is: 1705 S Alameda St, Los Angeles, CA 90059.

14.

From January 01/19/22 to 01/22/22, for another 62 hours, Plaintiff once again experienced a nightmarish prison life: there were no Chinese-speaking staff or doctors who clearly told her what the rights were, and there were no free phone calls in jail. Moreover, Plaintiff's family was completely unaware of her situation. Plaintiff felt very scared and hopeless.

15.

COMPLAINT, page 6 of 17

On 01/21/22, 11:00 am, after being held for 48 hours, Plaintiff found herself had not been transferred to the courthouse for the arraignment, and no one wake her up in jail. Once again, Plaintiff was in despair. In the afternoon, Plaintiff filled out a request form and an emergency form in jail, looking for a Chinese-speaking doctor, staff or friend of the jail's staff who could help her make a phone call to ask her family to bail her out, but in vain. At 11:00 pm, suddenly, the jail opened the Plaintiff's door, and the reason was that her charge had been rejected by DA in the morning. That means Plaintiff had been held for 48 hours, plus 14 hours, for a total of 62 hours in jail.

16.

Finally, after 9 days of detention (144 hours holding in a mental hospital and 62 hours in jail) without any probable cause, without a warrant, and without a notice, Plaintiff was released to home.

17.

On 01/24/22, Plaintiff went to the Monterey Park Police Department and asked the police Cang Sou to return her personal cosmetics (3 bottles of shampoo, 3 bottles of shower gel, 6 tubes of ointment, and 1 bottle of mouthwash) ,which had been seized by him when Plaintiff was arrested on 01/19/22. One of officers of MPPD provided Plaintiff with a phone number, Plaintiff made numerous calls to Defendant Cang Sou, but the Defendant had never answered the phone and called back.

18.

On 01/24/22 and 01/29/22, Plaintiff went to the Alhambra courthouse, the address is 150 W Commonwealth Ave, Alhambra, CA 91801. Her purpose was to inquire about the process of her

**COMPLAINT**, page 7 of 17

case and get a detailed record: Who did approve the arrest on 01/19/22? Who was the District Attorney? Who was the judge on the day of the arraignment? Who did finally dismiss the charge? However, to Plaintiff's great surprise, the clerk of Alhambra Court clearly said there were no case, no DA, no warrant, no $50,000 bailout relating to the Plaintiff existed. That means the Plaintiff's full 62 hours' detention from 01/19/22 to 01/22/22 is totally a joke, Plaintiff was wronged by 62 hours in jail .When Plaintiff came out of the court, she immediately called to the Monterey Park Police Department, but the officer who picked up phone said she did not know. Plaintiff asked, "When did your apartment send my case to Alhambra Court for charge and arraignment?" The officer replied the date was 01/21/22. And through talking, Plaintiff got another Defendant-Peter Palomino, who was the main person in charge of this whole incident, and was the mastermind behind this whole process.

19.

On 03/09/22, Plaintiff tried to communicate with one of the Watch Commanders of Monterey Park Police Department for her complaint, but she did not get a satisfactory answer. In response to Plaintiff's questions about the police violation of the civil rights and whether the Monterey Park Police Department have a jurisdiction without a warrant in another city-Sun Valley, not only did they not admit their mistakes, but they kept making excuses to justify. Moreover, for the fact that Defendants should charge Plaintiff within 48 hours after arresting, but they did not do so and continued to hold Plaintiff for additional 14 hours, the watch commander from MPPD replied that Century Regional Detention Facility was not theirs, and it's none of their business.

**CLAIMS FOR RELIEF**

COMPLAINT, page 8 of 17

## FIRST CLAIM FOR RELIEF

### Right to Be Secure From Unreasonable Seizures;

### 42 U.S.C. §1983; Fourth Amendment; Art. 1, §13, California Constitution

20.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

21.

On 01/12/22, Defendants violated Plaintiff's Fourth Amendment rights to be free from unreasonable seizure of their persons by unreasonable searches and arrests without a warrant. Defendants violated Plaintiff's civil rights, as a victim of Domestic Violence and as an Asian woman, Plaintiff who was hoping to be protected, so she called the police for help, however, Defendants arrested her without a warrant, and even without investigating the authenticity of the video provided by the other party (referring to Plaintiff's boyfriend Zijie Li).

22.

Moreover, on 01/12/22, the Plaintiff called the police was under the condition that she was completely clamming down and her emotion was stable, and Plaintiff had left the room, a place that incident happened. Conversely, without giving the reason for the arrest, without due process, without having any Chinese translator, without informing Plaintiff that she had the right to hire a lawyer, Defendants suddenly arrested her, and arbitrarily thought that Plaintiff was a mental patient and she wanted to self-harm, and sent her to Pacifica Hospital of the Valley for compulsory treatment. Defendants violated Plaintiff's Fourth Amendment rights to be free from unreasonable seizure of their persons by unreasonable searches and arrests without a warrant.

23.

COMPLAINT, page 9 of 17

As a direct result of Defendants' actions, Plaintiff has sustained economic damages of lost work in the amount of $6,000 from 01/13/22 to 01/18/22 for six days, and Plaintiff has become not to trust police officers since then, she is afraid to see police and needs psychological counseling, Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $10,000.

24.

On 01/19/22, Defendants violated Plaintiffs rights to be free from false arrest. On 01/21/22, after detaining for 48 hours, the defendants continued to detain the plaintiff for additional 14 hours, Defendants violated Plaintiffs rights to be free from false imprisonment. These unlawful actions were done with the specific intent to deprive Plaintiff of her constitutional rights to be secure in their persons.

25.

Plaintiff believed that the acts of the Defendants were intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital as a normal person, based on the past circumstances of similar constitutional and statutory violations of the law.

## SECOND CLAIM FOR RELIEF

### RIGHT TO DUE PROCESS OF LAW;

### 42 U.S.C. § 1983; FIFTH AND FOURTEENTH AMENDMENTS; ART. I, § 7

26.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

27.

**COMPLAINT**, page 10 of 17

On 01/12/22, as a victim of Domestic Violence and as an Asian woman, Plaintiff who was hoping to be protected, so she called the police for help, however, Defendants arrested her without a warrant, and even without investigating the authenticity of the video provided by the other party, Defendants owed Plaintiff a duty under the due process clauses of the Fifth and Fourteenth Amendments to the U.S. Constitution and Article I, § 7 of the California Constitution to protect the personal liberty of the Plaintiffs.

28.

On 01/19/22, Defendants violated Plaintiff's Fifth Amendment rights that nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb. The two arrests on Plaintiff are contradictory. Since the Defendants believed that Plaintiff had mental problems, they should sent her to the mental hospital for treatment because Plaintiff was a patient instead of detention; on the other side, since the Defendants believed that Plaintiff was a normal person who violated the law, they should arrested her and sent her to the jail directly on 01/12/22 instead of six days later. On 01/19/22, after Plaintiff has been sent into a psychiatric hospital for six days, Defendants drove to a city which is 25 miles away, and made the second arrest to Plaintiff (a patient) who had just left the hospital without a warrant, Defendants have seized the personal liberty of the Plaintiff without due process, lawful justification, or just compensation.

29.

From 01/13/22 to 01/22/22, Plaintiff had been held both in a mental hospital and a prison for double punishments, two detentions for the same case. Plaintiff is a diabetic and is a high-risk infection of the COVID-19, and two detentions caused the Plaintiff's body at risk of COVID-19 infection in different public settings. Plaintiff believed that the acts of the Defendants were

**COMPLAINT**, page 11 of 17

intentional in failing to protect Plaintiff' body safe and that, at minimum, Defendants were deliberately indifferent to the likely consequence that the plaintiff was being thrown into a psychiatric hospital and putting into a jail without due process based on the statutory violations of the law.

30.

As a direct result of the additional two days of hellish prison life, Plaintiff has sustained economic damages of lost work in the amount of $2,000 from 01/19/22 to 01/21/22 for two days, and Plaintiff has become not to trust police officers any more, she is afraid to see them and needs psychological counseling, Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $10,000.

### THIRD CLAIM FOR RELIEF

#### Violation of Civil Rights;

#### 42 U.S.C. § 1983; Fourteenth Amendment; State Created Danger

31.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

32.

By arresting twice, and detaining first in a mental hospital and then holding in jail, the acts of Defendants have created a danger for Plaintiff by exposing her to the risk of CVOVID-19 infection in a high-risk vulnerable hospital first and a jail with poor sanitation second.

33.

As a direct and proximate consequence of the acts of Defendants, Plaintiffs have suffered

COMPLAINT, page 12 of 17

and continue to suffer actual and potential injury to their health and safety and are entitled to compensatory damages for her liberty and other injury to her person.

## FOURTH CLAIM FOR RELIEF

### Violation of Civil Rights: Interference By Threat, Intimidation or Coercion

### California Civil Code § 52.1

34.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

35.

On 01/12/22, when the Defendants arrested Plaintiff without a Chinese translator present, nor did they inform the Plaintiff of the reason for her arrest, Plaintiff was very scared because she is an Asian who is not fluent in spoken English. On 01/19/22, at the gate of the hospital, the Plaintiff was again frightened by the sudden arrival of the police, and did not dare to use her due rights as a citizen. Therefore, Defendants have used arrests, threats of arrest and intimidation to interfere with Plaintiff's rights to maintain her personal liberty in the exercise of Plaintiff's rights secured by the Constitution of the United States, the Constitution of the State of California, and the statutory laws of the State of California.

36.

Plaintiff is entitled to an injunction pursuant to California Civil Code §52.1. Plaintiff is also entitled to damages pursuant to Civil Code §§ 52 and 52.1.

## FIFTH CLAIM FOR RELIEF

### California Civil Code § 2080, et seq.

37.

COMPLAINT, page 13 of 17

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraph 17 as though fully set forth hereat.

38.

On 01/19/2022, Plaintiff's personal belongings were unreasonably seized and held by the Defendant-Cang Sou during the second arrest, including two bottles of shower gel, three bottles of lotion, and six small tubes of toothpaste. On 01/24/22, after being releasing, Plaintiff went to the Monterey Park Police Department and asked the Defendant Cang Sou to return her personal cosmetics (3 bottles of shampoo, 3 bottles of shower gel, 6 tubes of ointment, and 1 bottle of mouthwash) ,which had been seized by him on 01/19/22. One of officers provided Plaintiff with a phone number, Plaintiff made numerous calls to Defendant Cang Sou, but the Defendant had never answered the phone and called back. Defendant's policies, practices and conduct challenged herein violated California Civil Code § 2080 et seq., in that Defendant Cang Sou failed to protect and preserve the personal property of Plaintiff when the property was placed in the trunk of the police vehicle; failed to provide written notice that the property would be taken and failed to provide post-deprivation notice so that Plaintiff would have the opportunity to reclaim it within a reasonable time. California Code of Civil Procedure § 2080 et seq. imposes a mandatory duty to maintain property that is not abandoned.

39.

As a direct result of Defendants' actions, Plaintiff has sustained economic damages in the amount of $100 as described above.

## SIXTH CLAIM FOR RELIEF

### False Arrest

COMPLAINT, page 14 of 17

40.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

41.

Plaintiff was falsely arrested for felony of "Domestic Violence". On 01/12/22, Defendants were informed that the Plaintiff was attacked by her boyfriend. Despite this, Defendants arrested Plaintiff on 01/19/22. No charges were filed against the Plaintiff.

42.

As a direct and proximate consequence of the acts of Defendants, Plaintiff has suffered and continued to suffer injury.

## SEVENTH CLAIM FOR RELIEF

### False Imprisonment: California Penal Code section 236;

43.

Plaintiff realleges and incorporates the allegations set forth in the preceding paragraphs as though fully set forth hereat.

44.

Under California Penal Code section 825, the defendant shall in all cases be taken before the magistrate without unnecessary delay, and, in any event, within 48 hours after his or her arrest, excluding Sundays and holidays. On 01/21/22, the Defendants-Peter Palomino, Connor Crabtree, Cang Sou did not notify the jail in advance of Plaintiff's arraignment date and did not notify the Plaintiff to appear in court. At 8:30 a.m. 01/21/22, the Plaintiff was not brought to the court for arraignment and prosecution, and there was no one informed the Plaintiff of the reasons

**COMPLAINT**, page 15 of 17

for the continued detention, which caused the Plaintiff to have a nervous breakdown and extreme despair in jail. Instead of filing a charge within 48 hours, the Defendants continued to hold the Plaintiff for additional 14 hours after the 48 hours expired. Defendant's actions violated California Penal Code section 825.

45.

According to the Inmate Information of LA county Sheriff Department showed, the DA rejected the Plaintiff's Domestic Violence charge per California Penal Code section 849.5, and according to Plaintiff's criminal record, the Defendants' arrest and prosecution lacked of sufficient evidence, which means that the Defendants arrested the Plaintiff without a warrant and without due process. However, from 10:42 am, 01/19/22, to 00:17 am, 01/22/22, the Plaintiff was detained for a full 62 hours, 14 hours more than the reasonable 48 hours. That means, instead of releasing Plaintiff immediately after the DA rejecting, the Defendants continued to detain Plaintiff for additional 14 hours until 00:17 am, 01/22/22. Therefore, Defendants' actions as described above constitute an unreasonable and unlawful deprive of Plaintiff's liberty. Under California Penal Code section 236, false imprisonment is illegal, and the Defendants' action was in violation of the law.

46.

From what has been discussed above, as a direct result of Defendants' actions, Plaintiff has become not to trust police officers since then, is afraid to see law enforcements, and needs psychological counseling. Plaintiff has sustained non-economic damages due to psychological pain, suffering, humiliation, and inconvenience in the amount of $50,000.

**PRAYER FOR RELIEF**

COMPLAINT, page 16 of 17

47.

WHEREFORE, Plaintiff respectfully prays the following relief:

1.  Assume jurisdiction over this action;

2.  Order trial by jury on all claims so triable;

3.  Enter judgment in favor of Plaintiff;

4.  Award Plaintiff the reasonable costs of this lawsuit incurred in bringing this action

    pursuant to 42 U.S.C. § 1988; and such other relief as the Court deems just and

    proper;

5.  A money award judgment entered against Defendants for $78,100, representing

    $8,100 in economic damages and $70,000 in non-economic damages;

6.  Any and all other relief the Court deems just and reasonable under the

    circumstances.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable.

Respectfully submitted on: __05 | 18 | 2022__ .

By: _____

Yue Wang
*Plaintiff, pro se*
455 N Raymond Ave APT 210,
Pasadena, CA 91103
626-492-4950
celinawang617@gmail.com

COMPLAINT, page 17 of 17

# LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE
## BUREAU OF PROSECUTION SUPPORT OPERATIONS
## JUSTICE SYSTEM INTEGRITY DIVISION

GEORGE GASCÓN • District Attorney                                                           • Director
JOSEPH F. INIGUEZ • Chief of Staff

March 11, 2022

Yue Wang
455 North Raymond, Apt. 210
Pasadena, California 91103

Re: JSID 22-0077

Dear Ms. Wang:

We are in receipt of your complaint of misconduct allegedly committed by officers of the
Monterey Park Police Department (MPPD) dated February 4, 2022. Pursuant to Penal Code
section 832.5, we are referring your complaint to that department for review. If investigators
determine that there is probable cause to believe that a crime has been committed, they will
present the results of that investigation to this office for review.

Very truly yours,

GEORGE GASCÓN
District Attorney

By:

ALAN YOCHELSON
Head Deputy

Enc.

Hall of Justice
211 West Temple Street, Suite 1200
Los Angeles, CA 90012
(213) 974-3888
Fax: (213) 626-5125
WEBSITE: http://da.lacounty.gov



L.A. Care
HEALTH PLAN.
For All of L.A.

blue
california

Promise Health Plan

March 15, 2022

Yue Wang
455 N. Raymond Ave.
Apt. 210
Pasadena, CA 91103

Member Name:        Yue Wang
Member Number:      909025539

Dear Yue Wang

The purpose of this letter is to acknowledge receipt of your grievance. Blue Shield of California Promise Health Plan received your grievance on March 10, 2022, about your dissatisfaction with Pacifica Hospital for the inadequate treatment and care.  Your concerns are being reviewed at this time. Once we have completed our research, we will let you know. A written response will be sent to you within thirty (30) calendar days of the receipt of your grievance.

At Blue Shield of California Promise Health Plan, we strive to earn the trust of those we serve, and to improve the health of our community.  If you have added questions or wish to send more data to support your case, you may call me at 1-323-827-6089 or you may call the Blue Shield of California Promise Health Plan at 1-800-605-2556 (TTY: 711), Monday through Friday, 8:00 a.m. to 6:00 p.m. The call is toll free or you may visit our website at www.blueshieldca.com/promise/medical.

Sincerely,

Shannon J.
Grievance Coordinator

Enclosure(s)
Language Assistance Taglines
Non-Discrimination Notice

Blue Shield of California Promise Health Plan is contracted with L.A. Care Health Plan to provide Medi-Cal managed care services in Los Angeles County.

Blue Shield of California Promise Health Plan
601 Potrero Grande Drive, Monterey Park, CA 91755

blueshieldca.com/promise/medical

ELEVATING
HEALTHCARE
IN LOS ANGELES COUNTY



# County of Los Angeles
# CIVIL GRAND JURY

222 South Hill Street • Sixth Floor • Suite 670 • Los Angeles, California 90012
Telephone (213) 893-0411 • Fax (213) 893-0425
www.grandjury.co.la.ca.us

April 18, 2022

Yue Wang
455 North Raymond Avenue Apt. 210
Pasadena, California 91103

Dear Mr. Wang:

Your letter to the 2021-2022 Los Angeles County Civil Grand Jury, dated March 22, 2022, has
been received.  The current Los Angeles County Civil Grand Jury has stopped accepting citizen
complaints for this fiscal year in order to complete all investigations prior to the completion of the
final report. Your complaint will be held and submitted to the incoming 2022-2023 Los Angeles
County Civil Grand Jury.

The 2022-2023 Los Angeles County Civil Grand Jury will begin their service on July 1, 2022 at
which point citizen complaints will be referred for review. You may not receive any oral or written
communication from the Grand Jury regarding the complaint submitted.

Please be advised that the Grand Jury's review of the issues raised in your letter may or may
not result in an investigation.

Sincerely,

Rafael A. Rascon

Staff to the Los Angeles County Civil Grand Jury

```
4GMTDP675424 IH
RE: QHY.CA0349400.373929975.APPUSR.       DATE:20220203 TIME:17:19:21
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:APPUSR


*********************************************************************
DO NOT COLLECT DNA.  DNA SAMPLE HAS BEEN RECEIVED, TYPED, AND UPLOADED
INTO THE CAL-DNA DATA BANK.  FOR INFO (510) 620-3300 OR
PC296.PC296@DOJ.CA.GOV
*********************************************************************
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV
** III CALIFORNIA ONLY SOURCE RECORD
CII/
DOB/           SEX/F RAC/CHINESE
HGT/503  WGT/100  EYE/BLK  HAI/BLK  POB/CN
CTZ/CHINA
NAM/001 WANG,YUE


FBI/
DMV/Y4925928
SOC/
OCC/UNEMPLOYED
* * * *


APPLICANT:            NAM:001
20180122    CASD DEPT OF REAL ESTATE, SACRAMENTO

CNT:001
  APPLICANT LICENSE CERT OR PERMIT              TOC:N
    SCN:UC2L0230012 ATI-F022WAY047
* * * *


APPLICANT:            NAM:001
20190326    CASD INSURANCE, SACRAMENTO

CNT:001     #1000
  APPLICANT LICENSE CERT OR PERMIT              TOC:N
    SCN:LC3M0850002 ATI-I085WAY216
* * * *


ARR/DET/CITE:         NAM:001  DOB:19830617
20200820    CAPD MONTEREY PARK

CNT:001     #5979564-45099991
  273.5(A) PC-INFLICT CORPORAL INJ SPOUSE/COHAB    TOC:F
    ADR:20200820 (621,YNEZ AVE,D,N,MONTEREY PARK,CA,91754)
        TIME AT ADDRESS-(02 YEARS)
    COM: PHOTO AVAILABLE
    SCN:L30N2330001
* * * *


ARR/DET/CITE:         NAM:001  DOB:19830617
20220119    CAPD MONTEREY PARK

CNT:001     #6292347-45099991
  273.5(A) PC-INFLICT CORPORAL INJ SPOUSE/COHAB    TOC:F
20220121
  DISPO:PROS REL-DET ONLY-LACK OF SUFF EVID
    ADR:20220119 (110,LINCOLN AVE,C,N,MONTEREY PARK,CA,91755)
    COM: PHOTO AVAILABLE
    SCN:L30P0190003
    DCN:P2322120252219001252
*********************************************************************


                    Page 1 of 2
```

```
**
** THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT **
** DISPOSITION REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED *
** WITH THIS RECORD BASED UPON SOFT CRITERIA CONSISTING OF A NAME   **
** OR NUMBER MATCH.  POSITIVE IDENTIFICATION HAS NOT BEEN MADE      **
** BECAUSE FINGERPRINTS WERE NOT RECEIVED FOR THE ENTRIES.  USE OF  **
** THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.               **
**                                                                 **
******************************************************************
* * * *


ARR/DET/CITE:          NAM:001
20200822    CAPD MONTEREY PARK

CNT:001      #005979564
  NO ARREST RECEIVED                                  TOC:N


CNT:002
  273.5(A) PC-INFL CRPL INJ:SPOUSE/COHAB/DATE      TOC:M
- - - -
COURT:              NAM:001
20210713   CASC ALHAMBRA

CNT:001       #ALH0AM0280001
  273.5(A) PC-INFL CRPL INJ:SPOUSE/COHAB/DATE      TOC:M
 DISPO:DISMISSED/FURTHERANCE OF JUSTICE
   DCN:P2323502002119000020
      *     *     *     END OF MESSAGE     *     *     *
```



## The Los Angeles County
### Sheriff's Department

*Welcome to*
## *Inmate Information Center*

**(The information was current as of: 04/19/2022 16:48 PST)**

| Search For Another Inmate | Back To The Search Result |
|---|---|

Booking No.: **6292347**   Last Name: **WANG**   First Name: **YUE**   Middle Name:

Sex: **F**   Race: **C**   Date Of Birth: **06/17/1983**   Age: **38**   Hair: **BLK**   Eyes: **BRO**   Height: **502**   Weight: **100**

Charge Level: **F** **(Felony)**

### ARREST

Arrest Date: **01/19/2022**   Arrest Time: **1042**   Arrest Agency: **1948**   Agency Description: **MONTEREY PARK PD**

Date Booked: **01/19/2022**   Time Booked: **1143**   Booking Location: **1948**   Location Description: **PD - MONTEREY PARK**

### BAIL

Total Bail Amount: **0**   Total Hold Bail Amount: **0.00**   Grand Total: **0.00**

### HOUSING LOCATION

Housing Location: -

Permanent Housing Assigned Date: **01/21/2022**   Assigned Time: **0025**

Facility:
Address:   City:

### Schedule A Visit

*For County facility visiting hours, Please call (213) 473-6100 at Inmate Information Center.*

### COURT

Next Court Code: **ALH**   Next Court Date: **02/22/2022**   Next Court Time: **0830**   Next Court Case: **9999999999**

Court Name: **ALHAMBRA MUNICIPAL COURT**
Court Address: **150 W. COMMONWEALTH AVENUE**   Court City: **ALHAMBRAUPT**

### RELEASE

Actual Release Date: **01/22/2022**   Release Time: **0017** → 48 Hours + 14 Hours

Release Reason: **REJ**   Reason Description: **DA REJECT PER 849.5PC A DETENTION ONLY**   False Imprisonment

Release Agency:   Agency Description:

### CASE INFORMATION

| Case No. | Court Name | Court Address | Court City | Bail Amt. | Fine Amt. | Court Date | Sent. Date | Sent. Day(s) | Disp Code |
|---|---|---|---|---|---|---|---|---|---|
| 99******** | | | | 0 | .00 | 02/22/2022 | 01/21/2022 | 0 | REJ |

Click on specific Case No. for detailed information.

**PACIFICA HOSPITAL OF THE VALLEY**
**Behavioral Health Unit**
**Multi-Disciplinary Discharge and Aftercare Instructions**

Name: Wong, Yue                    Date: 01/19/22

Physician: Dr. Makhani                Discharge Time: _____

Name of Facility: Monterey Park Police

Type of Facility: ☐ B&C ☐ SNF ☐ IMD ☐ Home ☐ Ind./Sober Living ☐ Shelter

Address: Detective Soe Stated Patient will be picked up.

Phone Number: (626) 417 - 0363   Contact Person: Zijie Li (Boyfriend)

Transportation: ☐ Hospital Van ☐ Uber/Lyft ☐ Ambulance ☐ Bus ☑ To be picked up (Specify) police

**Reason(s) for Discharge:**                    Diagnosis: Unspecified Psychosis

✓ No longer needs acute care level of psychiatric care
_____ Needs acute medical care which cannot be provided on BHU
_____ Reached maximum benefits
_____ Court Discharge
_____ Insists on leaving AMA
_____ Has not returned from AWOL
_____ Other (specify) _____

**Risk Evaluation at Discharge: (circle one)**

Danger to self?          YES/NO           Comments: _____
Danger to Others?      YES/NO           Comments: _____

**Condition on Discharge:**   ☑ Improved   ☐ Somewhat Improved   ☐ Not Improved
Legal Status:          ☐ Voluntary   ☐ LPS Conservatorship   ☑ Other (specify) discontinue 14 day hold.
Valuables Received:   ☐ Yes          ☐ No

**Patient/Family Teaching Summary** (patient and/or family demonstrates ability to):

Take medications independently     Yes / No /NA      P.O. / IM / Subcut. / Sublingual / Other
    Educational tool used: _____
Use medical equipment safely       Yes /No /NA       Type of equipment: _____
    Educational tool used: _____
Maintain Proper diet:                  Yes /No /NA        Type of diet: Diabetic diet
    Educational tool used: _____
Perform Rehabilitation Exercises   Yes/ No/ NA
    Educational tool used: _____
Access Community Resources        Yes/ No/ NA
    Educational tool used: _____
Obtain follow-up treatment           Yes/ No/ NA
    Educational tool used: _____

WONG, YUE
D00040500986   D000978458
MAKHANI, MEHBOOB, M.D.
F 38        237-02 ADM: 01/13/22
DOB: 06/17/83

Discharge Medication(s): (Please include dose and frequency)

1. Zyprexa 5mg by mouth at bedtime.

☐ None at discharge ☑ Prescriptions given ☐ Medications given

**Chemical Dependency / Support Group Aftercare**

☐ AA   ☑ ACA   ☐ Alanon ☐ NA   ☐ CA   ☐ EA   ☐ CODA   ☐ HIV/AIDS   ☐ Grief ☐ Other: _____

**Other Agencies to follow up with / Additional Resources**

1. Educational / Resources provided: ☐ Ill Brochure, Keep Safe. Connections, outpatient Community resources.

2. Psychiatrist to follow up with patient: ☐ _____

3. Therapist to follow up with patient: ☐ per police protocol.

4. Outpatient Treatment: ☐ _____

5. Community Support Groups: ☐ Hospital discharge and after Care Instruction

Based on the care, treatment and education that you have received during this hospitalization, you understand that you are responsible for:

☑ Taking your medications
☑ Monitoring you (BS) BP
☐ Performing your PT Exercises
☐ Contacting your: Therapist
☑ Other: Follow up with your primary MD.

Expected course of recovery: ☐ Excellent ☐ Good ☐ Fair ☐ Poor

Patient is being discharged to a licensed facility: ☐ Yes ☑ No  If NO, patient has signed "Request to be Discharged to an Unlicensed/ Unstructured Setting". (This form should be attached to this Discharge and Aftercare Instructions).

By signing below, patient and/or patient representative acknowledges receiving a copy of this discharge notice.

X _Yue Wang_ _____          _angen_ _____
Patient/Conservator/Guardian/Legal Representative          Nurse Signature

_____ _____          _____ _____
Case Worker/Social Worker          Physician

WONG, YUE
D00040500986   D000978458
MAKHANI, MEHBOOB, M.D.
F 38   237-02 ADM: 01/13/22
DOB: 06/17/83

**Pacifica Hospital of the Valley**

9449 San Fernando Rd, Sun Valley, CA 91352
818-767-3310

Printed   01/19/2022 9:25

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| WONG, YUE | 38 yrs | 06/17/1983 | Female | ASIAN | MEDI-CAL | 47.63kg | 162.56cm | D000978458 | D00040500986 |

Allergies: No Known Drug Allergy

Reg. Date 01/13/2022 12:18        Room  BHU:237-02
Adm. Date  01/13/2022 17:46

# Discharge-Home Instructions

## Discharge Diagnosis

## Discharge Activity
Activity As Tolerated

## Discharge Diet
1800 Calorie ADA Diet

## Discharge Instructions
Pt advised  to follow up with mental health clinic and prmary medical doctor

## Discharge Prewritten Instructions
Discharge on own recognizance

EHR Patient Portal Sign Up

    ifica - General Discharge Information

Psychosis

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|

**Comments**       PER POLICE PROTOCOL

## Prescriptions

Print Date/Time:        1/19/2022 9:25:14 AM

Discharge Date/Time:

Attending Physician:    . Makhani, Mehboob A

Language:  .

Nurse Signature:

Received transitional record: Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List

All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems.

Patient Signature:

1  of  1

/15/2022 14 15 58 CST          To 18182522288          Page 1/6          From Clifford Iriele          Fax 3107732395

State of California
Health and Human Services Agency

Department of Health Care Services

NOTICE OF CERTIFICATION FOR INTENSIVE
TREATMENT PURSUANT TO SECTION 5250 (14
DAYS INTENSIVE TREATMENT) OR 5270.15
(ADDITIONAL 30 DAYS INTENSIVE TREATMENT)
OF THE WELFARE AND INSTITUTIONS CODE

CONFIDENTIAL PATIENT
INFORMATION

☐ 14 day hold
☐ 30 day hold

The authorized agency providing 14-day Intensive treatment, County of __Los Angeles__
has custody of:

Name __Yue Wong__

Address __110 N Lincoln Ave Apt C__

Marital Status __Single__   Date of Birth __6/17/83__   Sex __M__

We, the undersigned, allege that the above-named person is, as a result of a mental disorder
or impairment by chronic alcoholism (mark all that apply):

☐ A danger to others   ☑ A danger to himself or herself   ☑ Gravely disabled as defined in
subdivision (h) of Section 5008 of
the Welfare and Institutions Code

The specific facts which form the basis for our opinion that the above-named person meets one
or more of the classifications indicated above are as follows:

__Psychotic, Suicidal, no__
__aftercare No__

The above-named person has been informed of this evaluation, and has been advised of the
need for, but has not been able or willing to accept treatment on a voluntary basis, or to accept
referral to, the following services:

We, therefore, certify the above-named person to receive intensive treatment related to the mental
disorder or impairment by chronic alcoholism beginning this __15__ day of __Jan__, 20__22__, in the
intensive treatment facility herein named: __PHF OV__

Signature: _____   Date: __1/15/22__

Signature: _____   Date: __011522__

I hereby state that I delivered a copy of this notice this day to the above-named person and that
I informed him or her that unless judicial review is requested a certification review hearing will be
held within four days of the date on which the person is certified for a period of intensive treatment
and that an attorney or advocate will visit him or her to provide assistance in preparing for the
hearing or to answer questions regarding his or her commitment or to provide other assistance.
The court has been notified of this certification on this day.

Signature: _____   Date: __011522__

Original: Superior Court       Copies: Person Certified – Personally delivered
                                       Person's Attorney
                                       Public Defender
                                       District Attorney
                                       Intensive Treatment Facility

DHCS 1808 (Revised 12/2019)

Dear officer,

My name is Yue Why, I'm 38 years old. My date of birth is 08/1/83. Today, I would like to claim that my case, which was made by HHSA of California.

First, I will not be a danger to myself, and not gravely disabled defined in subdivision (h) of section 5008 of the welfare and institution code

Second, I claim that I have a lot of business to deal with. I have already scheduled my Notary public Exam on 02/12/2022. but government's holding me has caused I cant not rescheuw my tomorrow and am not able to preparing for my test. Moreover, I provide some translation service for my customers. but right now I cant continue my jobs due to your holding.

Third, the most important thing is that my pets stay home. I'm worried about my two pet rabbits. They are very pitiful, they stay home alone, no water, no food, and no hay for them.

Fouth, I claim that my boyfriend attacked untill point of concuss. It's not my fault on Jan 12th's evening.

Fifth, I claim that my boyfriend took false video of I hitting myself

Pi

I really don't know where this video came from. I would request the police to investigate the video of Ian again.

Sixth, you & department has hold me since Jan time. It has been about 96 hours (48 hours double). You & department has no rights or reasons to hold me for so long.

Dear officers, all of what you did is a little inappropriate, so I need to claim for this certification. Please consider it and give me a source. Thanks very much.

Yue Wu

Jan 17, 2022

P2

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
Only one request per form.
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Wang Sue | 6292347 | LA Court | Long Beach. | |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain Religion: _____ | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Voting information | ☐ Drug/alcohol treatment | ☐ Food information |
| | ☐ Information about my mail | ☐ To be an Inmate Worker | ☐ Other (explain below) |
| | ☐ Commissary/vending | ☐ Fire Camp information | |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | |
| ☐ Other (explain below) | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| | ☐ Other (explain below) | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other: _____ | | |

**INMATE NAME:**

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

_(handwritten text, illegible)_

------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

FRONT PART 2 (PINK COPY)

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
Los Angeles, CA 90012
Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

BACK PART 2 (PINK COPY)

SH-J-437 Rev. 05/16                    Green – Facility                    Pink – Inmate copy at time of submission

YOU ARE ①UARANTINED
FOR 14 DAYS, AND CANNOT
GO TO COURT UNTIL WE GET
YOUR COVID RESULTS

~~IT TAS~~

IT TAKES SEVERAL DAYS,
WHEN WE GET YOUR RESULTS
YOU WILL BE ABLE TO GO TO
COURT

IF USE THIS TIME
TO USE THE PHONE,
SHOWER, OR CALL
SOMEONE TO BAIL
YOU OUT

① 626-417-0363.
② 626-693-0553.

# 6297347

(7271)

5370

華埠服務中心
**Chinatown Service Center**

Patient:          Yue Wang
Date of Birth:    06/17/1983
Date:             04/19/2022 10:30 AM
Visit Type:       Intake No Medical Services

## Individual Counsel/Psych Prog Note
### Program Name
Program Name: Counseling program

Start time: 10:30 am
End time: 12:00 pm
Duration: 01 hours, 30 minutes

### Individuals Present/Support Resources
Modality: Individual    Telemedicine

Contact type: The contact occurred offsite at: Monterey Park at home

### Goals, Objectives, and Interventions Addressed
Interventions/Methods Provided:

The session was provided via HIPAA compliant telehealth due to recommendations from public health agencies regarding face-to-face contact related to COVID-19. This client agreed to be treated via telehealth and provided verbal consent and written consent will be obtained at the next in-person contact. The plan for dealing with an emergency during the session is that the clinician will call 911 depending on the nature of the situation. The client is aware of the plan.   This is the first individual psychotherapy session (video). Therapist discussed professional background, reviewed agency policies, and limits to confidentiality. Therapist confirmed contact information, location, and emergency contact. Therapist established rapport with the client toward building a therapeutic alliance, and utilized PHQ-9, GAD, AUDIT, DUST, NOMs and ACEs as tools assessed the client's presenting symptoms, including frequency, intensity, duration, history of symptoms, and the impairment of daily function. Therapist further assessed client's level of insight towards the problems, and the motivation of change.

Response to Interventions/Progress Toward Goals and Objectives:
 Client indicated understanding agency policies and limits to confidentiality. Refer to comp assessment for details. Client said she will bring the hospital documentation to therapist office for review.

### Plan and Additional Information

Plan/Additional Information:
refer to psychiatrist and follow up in two weeks

**Social History:**  (Detailed)
Preferred language is Mandarin.
## EDUCATION/EMPLOYMENT/OCCUPATION

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 1/12

He/She/Uses/Zir/Xem/Hir/Hers
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Single
CHILDREN
Does not have children.
The patient lives with opposite sex partner.
Has some friends in U.S.
Tobacco use status: Never smoked tobacco.

TOBACCO SCREENING:
Patient has never used tobacco. Patient has not used tobacco in the last 30 days. Patient has not used smokeless tobacco in the last 30 days.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|------|---------------|---------------|------------|------------|------------------|
|      | Never smoker  |               |            |            |                  |

ALCOHOL
There is no history of alcohol use.
CAFFEINE
The patient uses caffeine: coffee - 1 cup a day.
MILITARY EXPERIENCE
Patient has no military experience.

PROBLEM LIST:

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---------------------|-----------|---------|-----------------|-------|
| Thrombocytosis | | N | | |
| Hyperlipidemia | 07/28/2020 | Y | | |
| Adult general medical exam | | N | | |
| Thrombocytopenia | | N | | |
| Type 2 diabetes mellitus without complication | 07/28/2020 | Y | | |
| Type B viral hepatitis | 07/28/2020 | Y | | |
| Anxiety with depression | | N | | |

Family History
Patient reports there is no relevant family history.

RISK ASSESSMENTS
CURRENT ENCOUNTER
Risk Assessments
Patient denies suicidal ideation, plan, intent, and/or attempt.
Patient denies property damage ideation, plan, intent, and/or attempt.
Patient denies homicidal ideation, plan, intent, and/or attempt.

RISK ASSESSMENT HISTORY

| Risk | Current | Past | Documented | Event Date | Approximate Date | Ideation | Plan | Intent | Scale |
|------|---------|------|------------|-----------|------------------|----------|------|--------|-------|

Wang, Yue   000000062473 06/17/1983 04/19/2022 10:30 AM Page: 2/12

| Homicide | Denies | 04/19/2022 | 04/19/2022 | No |
| Property | Denies | 04/19/2022 | 04/19/2022 | No |
| Suicide | Denies | 04/19/2022 | 04/19/2022 | No |

| Attempt | Planned/ Impulsive | Drug/Alcohol Influenced | Medically Treated | Plan Attempt Description |
| --- | --- | --- | --- | --- |

## General
Program name: Counseling program
Start time: 10:30 am
End time: 12:00 pm
Total minutes: 01 hours, 30 minutes

## Living Situation
Where is the individual currently living?
Patient lives in House/apartment.

Household composition:
The patient lives with opposite sex partner.
Comments:
lives with boyfriend in a rent house

## Family Information
Does the individual have children?
Does not have children.

Family history and relationships:
Client came to U.S. in 2016 for family reunion with parents. Parents live in U.S. and have good relationship with client.

Family health history:
Patient reports there is no relevant family history.
Pertinent family medical, mental health and substance use history:
N/A

## Development History
Developmental history:
N/A

## Sexual Issues
Sexual Orientation: Straight or heterosexual

Sexual history/concerns *(Include sexual orientation and other relevant information)*:

## Social Supports
Friendships/social/pets/peer support relationships:
Has some friends in U.S.

Race:
Asian

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 3/12

Ethn City
Not Hispanic or Latino

Support resources:

| Full Name | Relationship | Home Phone | Work Phone | Effective Date | End Date | Comments |
|-----------|--------------|------------|------------|----------------|----------|----------|
| Zijie Li | domestic partner | (626)417-0363 | | 04/19/2022 | | |

## Legal

Does individual served have a legal guardian, representative payee or conservatorship? No

Is there a need for a legal guardian, representative payee, conservatorship or special needs trust? No

Does the individual have a history of, or current involvement with the legal system? *(i.e., legal charges, AOT, Specialized Courts-Drug, Mental Health, Family, etc.)* Yes

Legal comments:
Client was sent to hospital for 5150 in Nov, 2021 after a domestic violence incident
Jan, 2022

## Education - Adult

Special needs? He/she does not have special needs

Education comments: N/A

## Education - Child/Adolescent

Comments on past and current academic functioning: *(Include grades, learning ability, learning style, and any other relevant indicators)*
N/A

Test or other evaluation results: *(IQ, achievement, developmental, PT/OT, etc)*
Test comments: N/A

Attendance: Not a problem

Attendance: N/A

Previous grade retention: N/A

Suspension/expulsion:
Suspension/expulsion comments: N/A

Additional barriers to learning: N/A

Peer relationship/social functioning: N/A

## Employment

If not currently employed:
Reason for not currently employed:

Other: unemployed since pandemic

Looking for work? Not looking for work

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 4/12

Does the individual want help to find employment and/or further their education/training? No

Employment Comments: Client focus on fighting for her right and not having motivation or interest to look for job at this time

## Military Service
Has patient ever served in the military? Patient has no military experience.

Is someone in patient's family, or a significant other, in the military? No

## Trauma History
The individual reports a history of, or current experience of the following:
Physical abuse/neglect
Domestic violence

Provide relevant details: Client reported having occasional conflict with boyfriend. In the most recent physical conflict, client push boyfriend with hands and her boyfriend chocked her neck with hands.

## Psychiatric Illness History
Describe psychiatric illness history (lifetime course) from age of onset:
Client started feeling depressed, low energy, no interest in doing things, very anxious about many different things, since 11/2021 after being arrested by police. Client exhibited sleep disturbance and takes sleep aid every day. Client complained about the change in sleep pattern, that she either sleep all day or not sleep for two days since the arrest in 11/2021. Client denied previous mental health treatment. No current S/I or H/I ideation. GAD 20, PHQ-9 15

## Substance Use / Addictive Behavior History
None reported

## Mental Health and Addiction Treatment Service History
None reported

Outpatient:
Not applicable

Inpatient:
Age at time of Initial Inpatient Treatment: 38
Total number of Lifetime Inpatient Treatment experiences: 1

ER/Detox:
Not applicable

What was helpful with past treatment? N/A

What was not helpful? N/A

Additional Comments: according to client, she didn't receive any assessment or treatment in hospital where she was hold for 5150

## Past Risk and Alerts
Did violence result in injury? No

Did violence ever involve the use of a weapon? No

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 5/12

## Screening Tools
DAST
The Drug Abuse Screening Test score is 0 which equals none reported.

Depression Screening - PHQ-9
Score: Screening total score was 15.
Severity: Moderately severe depression.

## Functional Assessment
### Mental Health/Illness Management
Anxiety: Current need area.
GAD 20
### Clinical Formulation/Interpretative Summary

Interpretive Summary:
Based on observation and information provided by client, client demonstrated the anxiety and depression symptoms and meet the full criteria for Major Depressive Episode and Generalized Anxiety Disorder. Client started feeling depressed, low energy, no interest in doing things, very anxious about many different things, since 11/2021 after being arrested by police. Client exhibited sleep disturbance and takes sleep aid every day. Client complained about the change in sleep pattern, that she either sleep all day or not sleep for two days since the arrest. GAD 20, PHQ-9 15. Suggest treatment modality include CBT and relaxation techniques.

### Treatment Recommendations/Assessed Needs

| Number | Priority | Needs | Status | Identified | Resolved | Rationales |
|--------|----------|-------|--------|------------|----------|------------|
| 1 | 1 | individual counseling | active | | | |

## Presenting Concerns
Reason for referral : Client is a 38 year old Chinese woman referred by her PCP for mental health services. Client said she had a physical conflict with boyfriend on Jan 12, 2022, and she called police as a victim of domestic violence. However, she was sent to a hospital for 5150 by police. Six days later, she was discharged from hospital and was arrested for domestic violence perpetration and held in police department for few days. Client felt very confused and frustrated about the experience with police, and she is currently working on filing a lawsuit to police to protect her right. Client reported feeling very anxious, depressed, after the incident, and she is currently seeking mental health services to help her return to previous functioning.

## Individuals Present
Support Resources

| Full Name | Relationship | Home Phone | Work Phone | Effective Date | End Date | Comments |
|-----------|--------------|------------|------------|----------------|----------|----------|
| Zijie Li | domestic partner | (626)417-0363 | | 04/19/2022 | | |

## Allergies

| Description | Reaction (Severity) |
|-------------|---------------------|
| NO KNOWN ALLERGIES | |

## Support Network:
Who comprises the client's current support network? Has some friends in U.S.

Wang, Yue   000000062473 06/17/1983 04/19/2022 10:30 AM Page: 6/12

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 11:46 AM | 5.0 | 3.00 | 160.02 | 11/13/2020 | |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 11:46 AM | 105.82 | | 48.000 | | 18.74 | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 11:46 AM | 102/65 | | | | | |

### Measured By

| Time | Measured by |
|---|---|
| 11:46 AM | Ashley Yitong Li |

## ASSESSMENT/DIAGNOSIS
Behavioral Health Diagnoses

| # | Description | Severity | Impression/Differential Dx | Specifiers |
|---|---|---|---|---|
| 1 | Major depressive disorder, single episode, moderate (F32.1) | | | |
| 2 | Generalized anxiety disorder (F41.1) | | | |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-9) | | | | Moderately severe depression | 15 | | |
| Generalized Anxiety Disorder - 7 (GAD-7) | | | | Severe | 20 | | |
| AUDIT Screening Instrument | alcohol education | | | Zone I | 0 | | |
| Drug Abuse Screening Test (DAST) | | | | None reported | 0 | | |
| Suicidal Risk | | | | Low risk | | | |
| Homicidal Risk | | | | Low risk | | | |
| ACEs (Adult) | | | | | 0 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Major depressive disorder, single episode, moderate (F32.1). |

Wang, Yue   000000062473 06/17/1983 04/19/2022 10:30 AM Page: 7/12

## Medications:

### Active - Medication Module:

| Brand Name | Dose | Sig | Start Date | Stop Date |
|---|---|---|---|---|
| ZETIA | 10 mg | take 1 tablet by oral route  every day | 04/26/2022 | |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 11/22/2021 | |
| TRUETEST TEST STRIPS | | inject by Misc.(Non-Drug; Combo Route) route  every day | 07/28/2020 | |
| PNEUMOVAX 23 | 25 mcg/0.5 mL | inject 1 syringe by intramuscular route as directed | 11/22/2021 | |
| METFORMIN ER OSMOTIC | 1,000 mg | take 1 Tablet by oral route 2 times every day with the evening meal | 04/26/2022 | |
| LIPITOR | 40 mg | take 1 tablet by oral route  every bedtime | 04/26/2022 | |
| LANCETS | | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 07/28/2020 | |

### Inactive - Medication Module:

| Brand Name | Dose | Sig | Start Date | Stop Date |
|---|---|---|---|---|
| ZETIA | 10 mg | take 1 tablet by oral route  every day | 11/22/2021 | 04/26/2022 |
| ZETIA | 10 mg | take 1 tablet by oral route  every day | 07/13/2021 | 11/22/2021 |
| ZETIA | 10 mg | take 1 tablet by oral route  every day | 04/09/2021 | 07/13/2021 |
| ZETIA | 10 mg | take 1 tablet by oral route  every day | 11/13/2020 | 04/09/2021 |
| ZETIA | 10 mg | take 1 tablet by oral route  every day | 07/28/2020 | 11/13/2020 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 07/13/2021 | 11/22/2021 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 04/09/2021 | 07/13/2021 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 11/13/2020 | 04/09/2021 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 07/28/2020 | 11/13/2020 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 04/30/2020 | 07/28/2020 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 12/23/2019 | 04/30/2020 |
| VITAMIN D3 | 50 mcg (2,000 unit) | take 1 tablet by oral route  every day | 10/03/2019 | 12/23/2019 |
| TRUETRACK BLOOD GLUCOSE SYSTEM | | inject by Misc.(Non-Drug; Combo Route) route 2 times every day | 10/03/2019 | 12/23/2019 |
| TRUETEST TEST STRIPS | | inject by Misc.(Non-Drug; Combo Route) route  every day | 04/30/2020 | 07/28/2020 |
| TRUETEST TEST STRIPS | | inject by Misc.(Non-Drug; Combo Route) route  every day | 01/31/2020 | 04/30/2020 |
| TRUETEST TEST STRIPS | | inject by Misc.(Non-Drug; Combo Route) route  every day | 10/03/2019 | 01/31/2020 |
| METFORMIN ER OSMOTIC | 1,000 mg | take 1 Tablet by oral route 2 times every day with the evening meal | 11/22/2021 | 04/26/2022 |
| METFORMIN ER OSMOTIC | 1,000 mg | take 1 Tablet by oral route 2 times every day with the evening meal | 08/25/2021 | 11/22/2021 |

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 8/12

| Medication | Dose | Instructions | Start | End |
|---|---|---|---|---|
| METFORMIN ER OSMOTIC | | take 1 tablet by ORAL route 2 times every day with the evening meal | | |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 07/13/2021 | 08/25/2021 |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 04/09/2021 | 07/13/2021 |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 11/13/2020 | 04/09/2021 |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 07/28/2020 | 11/13/2020 |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 04/30/2020 | 07/28/2020 |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 12/23/2019 | 04/30/2020 |
| METFORMIN ER OSMOTIC | 500 mg | take 1 tablet by ORAL route 2 times every day | 10/03/2019 | 12/23/2019 |
| LOSARTAN POTASSIUM | 50 mg | take 1 tablet by oral route every day | 11/22/2021 | 04/26/2022 |
| LOSARTAN POTASSIUM | 50 mg | take 1 tablet by oral route every day | 04/26/2022 | 04/26/2022 |
| LOSARTAN POTASSIUM | 50 mg | take 1 tablet by oral route every day | 07/13/2021 | 11/22/2021 |
| LOSARTAN POTASSIUM | 50 mg | take 1 tablet by oral route every day | 04/09/2021 | 07/13/2021 |
| LOSARTAN POTASSIUM | 50 mg | take 1 tablet by oral route every day | 11/13/2020 | 04/09/2021 |
| LOSARTAN POTASSIUM | 25 mg | take 1 tablet by oral route every day | 07/28/2020 | 07/28/2020 |
| LOSARTAN POTASSIUM | 25 mg | take 1 tablet by oral route every day | 04/30/2020 | 07/28/2020 |
| LOSARTAN POTASSIUM | 25 mg | take 1 tablet by oral route every day | 12/23/2019 | 04/30/2020 |
| LOSARTAN POTASSIUM | 25 mg | take 1 tablet by oral route every day | 10/03/2019 | 12/23/2019 |
| LIPITOR | 40 mg | take 1 tablet by oral route every bedtime | 11/22/2021 | 04/26/2022 |
| LIPITOR | 40 mg | take 1 tablet by oral route every bedtime | 07/13/2021 | 11/22/2021 |
| LIPITOR | 40 mg | take 1 tablet by oral route every bedtime | 04/09/2021 | 07/13/2021 |
| LIPITOR | 40 mg | take 1 tablet by oral route every bedtime | 01/11/2021 | 04/09/2021 |
| LIPITOR | 20 mg | take 1 tablet by oral route every bedtime | 11/13/2020 | 01/11/2021 |
| LIPITOR | 20 mg | take 1 tablet by oral route every bedtime | 07/28/2020 | 11/13/2020 |
| LIPITOR | 20 mg | take 1 tablet by oral route every bedtime | 04/30/2020 | 07/28/2020 |
| LIPITOR | 20 mg | take 1 tablet by oral route every bedtime | 01/31/2020 | 04/30/2020 |
| LIPITOR | 10 mg | take 1 tablet by ORAL route every evening | 12/23/2019 | 01/31/2020 |
| LIPITOR | 10 mg | take 1 tablet by ORAL route every evening | 10/03/2019 | 12/23/2019 |
| LANCETS | | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 04/30/2020 | 07/28/2020 |
| LANCETS | | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 01/31/2020 | 04/30/2020 |
| LANCETS | | inject 1 Box by Misc.(Non-Drug; Combo Route) route 2 times every day | 10/03/2019 | 01/31/2020 |
| IRBESARTAN | 150 mg | take 1 tablet by oral route every day. stop Losartan | 07/28/2020 | 11/13/2020 |
| IRBESARTAN | 150 mg | take 1 tablet by oral route every day. | 11/13/2020 | 11/13/2020 |

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 9/12

Immunizations Entered by History

| Date | Immunization |
|---|---|
| 5/5/2021 12:00:00 AM | SARS-COV-2 (COVID-19) vaccine, vector non-replicating, recombinant spike protein-Ad26, preservative free, 0.5 mL (Janssen) |

## SUICIDAL/HOMICIDAL RISK
Performed Date: 04/19/2022

| | |
|---|---|
| Do you ever think about dying? | No |
| Do you ever think about killing yourself, or wish you were dead? | No |
| If yes to above: When you think about dying, do you have a plan about how to do it? | No |
| Do you have the means to carry out your plan? | No |
| History of previous suicide attempts? | No |
| How  many attempts? | |

Suicidal risk: Low risk - No current thoughts of harm to self or others; no history of suicide attempt

## DRUG ABUSE SCREENING TEST

| | |
|---|---|
| 1. Have you used drugs other than those required for medical reasons? | No |
| 2. Have you abused prescription drugs? | No |
| 3. Do you abuse more than one drug at a time? | No |
| 4. Can you get through the week without using drugs? | Yes |
| 5. Are you always able to stop using drugs when you want to? | Yes |
| 6. Have you had "blackouts" or "flashbacks" as a result of drug use? | No |
| 7. Do you ever feel bad or guilty about your drug use? | No |
| 8. Does your spouse (or parents) ever complain about your involvement with drugs? | No |
| 9. Has drug abuse created problems between you and your spouse or your parents? | No |
| 10. Have you lost friends because of your use of drugs? | No |
| 11. Have you neglected your family because of your use of drugs? | No |
| 12. Have you been in trouble at work because of your use of drugs? | No |
| 13. Have you lost a job because of drug abuse? | No |
| 14. Have you gotten into fights when under the influence of drugs? | No |
| 15. Have you engaged in illegal activities in order to obtain drugs? | No |
| 16. Have you been arrested for possession of illegal drugs? | No |
| 17. Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs? | No |
| 18. Have you had medical problems as a result of your drug use (e.g. memory loss, hepatitis,convulsions, bleeding, etc.)? | No |
| 19. Have you gone to anyone for help for a drug problem? | No |
| 20. Have you been involved in a treatment program especially related to drug use? | No |

Performed Date: 04/19/2022
Score: **0**
Severity: **None reported**

## PATIENT HEALTH QUESTIONNAIRE

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 10/12

Performed 04/19/2022 10:30 AM

**Over the last 2 weeks, how often have you been bothered by any of the following problems?**

| | NOT AT ALL | SEVERAL DAYS | MORE THAN HALF THE DAYS | NEARLY EVERY DAY |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | | | X | |
| 2. Feeling down, depressed or hopeless | | | X | |
| 3. Trouble falling or staying asleep, or sleeping too much | | | X | |
| 4. Feeling tired or having little energy | | | X | |
| 5. Poor appetite or overeating | | | | X |
| 6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down | | | X | |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television | | | X | |
| 8. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | X | | | |
| 9. Thoughts that you would be better off dead, or of hurting yourself in some way | X | | | |

| | NOT DIFFICULT AT ALL | SOMEWHAT DIFFICULT | VERY DIFFICULT | EXTREMELY DIFFICULT |
|---|---|---|---|---|
| 10. If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people? | | X | | |

**Total score:**  Screening total score was 15.
**Interpretation of total score:**  Moderately severe depression.
**Initial diagnosis:**  Consider Major Depressive Disorder.
**Comments:**

## GENERALIZED ANXIETY DISORDER - 7

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | NOT AT ALL | SEVERAL DAYS | MORE THAN HALF THE DAYS | NEARLY EVERY DAY |
|---|---|---|---|---|
| 1. Feeling nervous, anxious or on edge | | | X | |
| 2. Not being able to stop or control worrying | | | | X |
| 3. Worrying too much about different things | | | | X |
| 4. Trouble relaxing | | | | X |
| 5. Being so restless that it is hard to sit still | | | | X |
| 6. Becoming easily annoyed or irritable | | | | X |

Wang, Yue    000000062473 06/17/1983 04/19/2022 10:30 AM Page: 11/12

Performed Date: 04/19/2022

Total score: 20
Interpretation: Severe
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? Not difficult at all

### Active Patient Care Team Members

| Name | Contact | Agency Type | Support Role | Relationship | Active Date | Inactive Date | Specialty |
|---|---|---|---|---|---|---|---|
| Ling Lee | | | Patient provider | PCP | | | Family Pract |
| Xiaoguang Wang | | | Emergency Contact | Father | | | |

Encounter submitted for review by Yitong Li LCSW on 04/19/2022 11:45 AM.
Visit details reviewed and approved by supervising provider Chun Mei Lam on 04/28/2022.

*Document generated by:* Chun Mei Lam 04/28/2022 08:52 PM

**Current Visit Location:** CSC - Atlantic Ave.

**Chinatown Service Center**
767 N Hill St Ste 400 | Los Angeles, CA 90012
213-808-1792 | **Fax# 213-680-9427**

**Chinatown Service Center - Las Tunas**
555 W Las Tunas | San Gabriel, CA 91776
626-457-9618 | **Fax# 213-680-9427**

**Chinatown Service Center - Monterey Park**
855 S Atlantic Blvd | Monterey Park, CA 91754
626-988-8087 | **Fax# 626-293-7039**

**Chinatown Service Center - San Gabriel Valley**
320 S Garfield Ave Unit 118 | Alhambra, CA 91801
626-773-3388 | **Fax# 213-680-9427**

**Chinatown Service Center - Cesar Chavez**
819 W Cesar Chavez Avenue | Los Angeles, CA 90012
213-612-1255 | **Fax# 213-680-9427**

NextGen HealthCare Information Systems
795 Horsham Road | Horsham, PA 19044

Electronically signed by Chun Mei Lam on 04/28/2022 08:52 PM on behalf of Yitong Li LCSW

Wang, Yue 000000062473 06/17/1983 04/19/2022 10:30 AM Page: 12/12