UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-03372-FLA (DFM) | Date: | January 26, 2023 |
|---|---|---|---|
| Title | Yue Wang v. Monterey Park Police Department et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order to Show Cause re Lack of Prosecution

   On December 15, 2022, the Court granted Defendants' motion to dismiss and dismissed Plaintiff's Complaint with leave to amend. See Dkt. 23. Plaintiff was ordered to return a Notice of Election form within thirty-five (35) days. See id. at 14-15. Plaintiff has not filed anything, and the deadline has passed.

   It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing no later than February 3, 2023, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider the filing of the Notice of Election form as an appropriate response to this OSC, on or before the above date.

   Plaintiff's failure to act will result in a recommendation that this case be dismissed for lack of prosecution.