JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE WANG, <br><br> Plaintiff, <br><br> v. <br><br> MONTEREY PARK POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:22-cv-03372-FLA (DFM) <br><br> **JUDGMENT** |

Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion to Dismiss (Dkt. 30) is granted and this action is dismissed with prejudice.

DATED: September 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge